DEBTOR Keith John Ross

CASE # 13-14453  JUDGE JUDGE PRICE SMITH

## I AM SUBMITTING THE FOLLOWING DOCUMENTS:

- TRUST DISBURSEMENT CALCULATION
- DIVORCE SPOUSAL SUPPORT COURT ORDER



FILED 2013 JUN 21 PM 1:10
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

SIGNATURE [signed]   DATE 6/21/13

FILED
COMMON PLEAS COURT
2013 JAN 15 AM 10: 46
DENISE M KAMINSKI
CLERK OF COURTS
GEAUGA COUNTY

IN THE COURT OF COMMON PLEAS
GEAUGA COUNTY, OHIO

Debra Ross
_____ : CASE NO.: 12D1213

Plaintiff : JUDGE Forrest Burt

-vs- : MAGISTRATE DOROTHY H. LEE

Keith Ross
_____ : MAGISTRATE ORDER

Defendant :

---

By Agreement of the parties, plaintiff's Motion for Temporary Spousal Support is Resolved as follows.

1. Effective March 1, 2013, defendant shall pay plaintiff the Monthly Temporary Spousal Support Amount of Two Thousand One Hundred Dollars ($2,100.00), with the foregoing monthly amount payable on or before the last day of the relevant month and by direct deposit to plaintiff's Savings Account at Huntington National Bank in Chardon, Ohio.

2. The Court Reserves Jurisdiction to Determine the further Retroactive Award of Temporary Spousal Support from the date of filing of this divorce action on December 12, 2012, through to February 28, 2013, and in the monthly amount of Two Thousand One Hundred Dollars ($2,100.00) until the date of the final hearing in this matter.

IT IS SO ORDERED.

_____
DOROTHY H. LEE, MAGISTRATE

Approved:

_____     _____
Plaintiff's Attorney          Defendant's ~~Attorney~~
Michael C. Lucas, 0015558     Keith Ross, pro se

## Addendum

The parties agree and it is the order of this Court that spousal support payments made directly to the Obligee pursuant to Division (A) of ORC 3121.44 shall be in the form of a check, as a money order, or in any form that establishes a clear record of payment.

The parties agree and it is the order of this Court that upon motion of either party, the Court shall rescind permission for Obligor to make spousal support payments directly to Obligee. Such motion need not allege that Obligor is in default and need not state cause for movant's request. Upon receipt of such motion, the Court shall enter an order directing Obligor to pay the spousal support payments plus 2% processing fee to the Ohio Child Support Payment Central (CSPC).

FirstMerit Bank, N.A.
7800 Reynolds Road
Mentor, Ohio 44060



January 25, 2013

Mr. Keith Ross
5244 Misty Brook Lane
Hilliard, OH 43026

Re: The Jack Ross Charitable Remainder Trust FBO Keith Ross, 13732-00

Dear Mr. Ross,

Enclosed please find the calculation worksheet for the Annual Distribution Payout on the above referenced account. The distribution will be issued on the 25th of the distribution month so that funds are available to you by the end of the quarter. Quarters end March 31, June 30, September 30 and December 31. Please keep us informed of any address changes you may have as currently you're distribution is set up to be mailed. The new quarterly amount is $14,872.25.

Sincerely,

*Tammy Rhodes*

Tammy Rhodes
Senior Relationship Associate
Wealth Management Services

Enclosure



YEAR END MARKET VALUATION AND DISTRIBUTION CALCULATION
For January 1, 2013 – December 31, 2013

Account : 13732-00

**Annual Distribution Payout Calculation**

| | | |
|---|---|---|
| Market Value as of January 1, 2013 | $ | 991,479 |
| Required Distribution 6% of the Market Value as of December 31, 2012 | $ | 59,489 |

**Adjustments to the Distribution**

| | | | |
|---|---|---|---|
| Overpaid/underpaid distribution from prior year | $ | (0) | |
| Annual Distribution Payout Amount | $ | 59,489 | ($14,872.25 per quarter) |